December 6, 2011



# JUDGMENT

## The Fourteenth Court of Appeals

WEN'S ROYAL REMODELING, INC., BOSHENG WEN, AND WEN HAO WEN,
Appellants

NO. 14-10-00919-CV                               V.

DN DEVELOPMENT CORPORATION, D/B/A CAFE 121 CHINESE RESTAURANT,
YAFEI "ANDY" WU, AND DAVID PHAM, Appellees

_____

This cause, an appeal from the judgment in favor of appellees, DN Development Corporation D/B/A Café 121 Chinese Restaurant, Yafei "Andy" Wu, and David Pham, signed July 6, 2010, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellants, Wen's Royal Remodeling, Inc., Bosheng Wen, and Wen Hao Wen, jointly and severally, to pay all costs incurred in this appeal. We further order this decision certified below for observance.